In The
Court of Appeals
For The
First District of Texas
____________

NO. 01-04-00272-CR
____________

DARRELL WAYNE ROBERTS, Appellant

V.

THE STATE OF TEXAS, Appellee




On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 979150



 
MEMORANDUM OPINION
               Appellant pleaded guilty to the offense of possession of cocaine and true to
the allegations in two enhancement paragraphs alleging that appellant had previously
been convicted of two felony offenses. In accordance with appellant’s plea bargain
agreement with the State, the trial court sentenced appellant to confinement for three
years. Appellant filed a timely notice of appeal. We dismiss for lack of jurisdiction.

               In a plea-bargained case in which the punishment assessed does not exceed
the plea agreement, a defendant may appeal only those matters that were raised by
written motion filed and ruled on before trial, or after obtaining the trial court’s
permission to appeal. Tex. R. App. P. 25.2(a)(2).

               The trial court’s certification of appellant’s right to appeal in this case states
that this is a plea-bargained case and appellant has no right to appeal. The record
supports the certification. We must dismiss an appeal if the trial court’s certification
shows there is no right to appeal. See Tex. R. App. P. 25.2(d).

               We also note that appellant waived his right to appeal. See Buck v. State,
45 S.W.3d 275, 278 (Tex. App.—Houston [1st Dist.] 2001, no pet.).

               Accordingly, we dismiss the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.2(b).